# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERLONCIA CHABEAUN CARR, | Case No. 2:25-cv-01701-GMN-NJK |
| Plaintiff, | **Order** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 9. A joint discovery plan must be filed by November 24, 2025.

IT IS SO ORDERED.

Dated: November 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge