1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VERLONCIA CHABEAUN CARR,

     Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,
     Defendants.

Case No. 2:25-cv-01701-GMN-NJK

**Order**

[Docket No. 29]

13    Pending before the Court is Defendant Circus Circus LV, LLC's motion to stay discovery

14 pending resolution of Defendant's motion to dismiss. Docket No. 29.[1] Plaintiff filed a response.

15 Docket No. 32. The Court does not require a reply or a hearing. LR 78-1.

16    Plaintiff submits that the instant motion is procedurally unnecessary because the parties

17 have already stipulated to stay discovery as to Defendant Circus Circus LV, LLC. *See* Docket No.

18 32 at 2. Plaintiff is incorrect.

19    Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D.

20 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery as to Defendant Circus Circus is

21 warranted.[2] Accordingly, the Court **GRANTS** the motion to stay discovery. Docket No. 29. If

22 resolution of the motion to dismiss does not result in termination of this case against Defendant

23
24

---

25    [1] The motion to dismiss is fully briefed. Docket Nos. 22, 24, 26.

26    [2] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's

27 "preliminary peek" at the merits of the motion for judgment on the pleadings is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the

28 underlying motion and related briefing, but will not provide discussion of the merits herein.

Circus Circus, Plaintiff and Defendant Circus Circus must comply with the scheduling order issued today by the Court.

      IT IS SO ORDERED.

      Dated: November 25, 2025

Nancy J. Koppe
United States Magistrate Judge