UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERLONCIA CHABEAUN CARR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>　　　　Defendants. | Case No. 2:25-cv-01701-GMN-NJK<br><br>**Order**<br><br>[Docket No. 36] |

Pending before the Court is Defendant RBR Management, LLC's joinder to Defendant Circus Circus LV, LLC's motion to stay discovery pending resolution of Defendant Circus Circus LV, LLC's motion to dismiss. Docket No. 36; *see also* Docket No. 29.

The instant filing seeks joinder to Defendant Circus Circus LV, LLC's motion to stay discovery. Docket No. 36. However, the Court resolved Defendant Circus Circus LV, LLC's motion to stay discovery prior to the filing of the instant joinder. *See* Docket No. 35.

Accordingly, the Court **DENIES** the joinder as moot. Docket No. 36.

IT IS SO ORDERED.

Dated: December 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge