# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VERLONCIA CHABEAUN CARR,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

    Defendants.

Case No. 2:25-cv-01701-GMN-NJK

**Order**

On January 6, 2026, the Court ordered Plaintiff's counsel to show cause in writing, no later than January 20, 2026, why he should not be sanctioned in an amount up to $5,000 and/or reported to the Nevada Bar for including Defendant's counsels' signatures on the proposed joint discovery plan without their consent. Docket No. 50. Plaintiff's counsel filed a response. Docket No. 52.

Accordingly, the Court **DISCHARGES** the Order to Show Cause. Docket No. 50. Plaintiff's counsel must ensure he complies with all ethical obligations, as well as the Local Rules and the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: January 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1