# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Verloncia Chabeaun Carr,

      Plaintiffs,

v.

Las Vegas Metropolitan Police Department, et al.,

      Defendants.

Case No.: 2:25-cv-01701-GMN-NJK

**Order**

[Docket Nos. 58, 59]

On January 26, 2026, Plaintiff filed a notice of subpoena. Docket No. 58. On January 27, 2026, Plaintiff filed a notice of amended subpoena. Docket No. 59. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

      IT IS SO ORDERED.

      Dated: January 27, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1