# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERLONCIA CHABEAUN CARR, an individual, | Case No.: 2:25-cv-01701-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING** **MOTION TO STRIKE** |
| ASHLEY NICOLE GOEHRING, individually and in her official capacity as a police officer; STEPHANIE ANNE SCOTT, individually and in her capacity as a police officer; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada' DOE OFFICERS I-XX; ROE EMERGENCY MEDICAL TECHNICIANS I-XX; KYLE BADLEY, individually and in his capacity as an Emergency Medical Services provider;  RACHELLE ANGEL, individually and in her capacity as an Emergency Medical Services provider; RBR MANAGEMENT, LLC, a Nevada Limited Liability Company dba COMMUNITY AMBULANCE; POE SECURITY OFFICERS I-XX; CIRCUS CIRCUS LV, LLC, a Nevada Limited Liability Company, dba CIRCUS CIRCUS HOTEL & CASINO, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff VERLONCIA CARR, by and through her counsel of record, Carl E.G. Arnold, Esq., and files this Motion to Strike document 87 PROPOSED SUMMONS to be issued to Resorts World Las Vegas, LLC and document 86 Third AMENDED COMPLAINT with Jury Demand against All Defendants.

This Motion is supported by the Points and Authorities below and the attached documentation.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

On April 6, 2026, Plaintiff inadvertently filed a Third Amended Complaint Doc No. 86 and a Proposed Summons Doc No. 87. Plaintiff intended to first file a Motion for Leave to Amend pursuant to FRCP, but due to miscommunication, these documents were uploaded prematurely. Plaintiff has since filed the proper Motion for Leave to Amend Complaint Doc No. 88, which is currently pending with the Court.

### II.

### LEGAL ARGUMENT

Under FRCP 12(f), the court may strike from a pleading any "immaterial" or "impertinent" matter. Additionally, courts have the inherent power to strike documents that were filed in violation of procedural rules, specifically FRCP(a)(2), which requires leave of court before amending.

Because the Third Amended Complaint and Proposed Summons were filed without the requisite Motion for Leave, it is an unauthorized filing. To avoid confusion regarding the operative pleadings and to ensure the record accurately reflects the procedural posture of the case, Plaintiff respectfully requests the Court strike ECF Doc Nos. 86 and 87.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court strike the prematurely filed Third Amended Complaint and Proposed Summons (Doc Nos. 86 and 87).

DATED this 8th day of April 2026.

IT IS SO ORDERED

_____

Nancy J. Koppe
United States Magistrate Judge