**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VERLONCIA CHABEAUN CARR,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

    Defendants.

Case No. 2:25-cv-01701-GMN-NJK

**Order**

[Docket No. 85]

Pending before the Court is Defendants Kye Bradley and Rachelle Angel's motion to stay discovery pending resolution of their motions to dismiss.  Docket No. 85.  Plaintiff filed a response in non-opposition as to both defendants.  Docket Nos. 92, 93.

Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[1]  Accordingly, the Court **GRANTS** the motion to stay discovery.  Docket No. 85.  If resolution of the motions to dismiss do not result in termination of this case, the parties must file a joint proposed discovery plan within seven days of the issuance of the order resolving the motions.

IT IS SO ORDERED.

Dated: April 14, 2026

 

Nancy J. Koppe
United States Magistrate Judge

---

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011).  The undersigned's "preliminary peek" at the merits of the motion for judgment on the pleadings is not intended to prejudice its outcome. *See id.*  The undersigned carefully reviewed the arguments presented in the underlying motion but will not provide discussion of the merits herein.

1