ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Ashley Nicole Goehring, and*
*Stephanie Anne Scott*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERLONCIA CHABEAUN CARR, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASHLEY NICOLE GOEHRING, individually and in her official capacity as a police officer; STEPHANIE ANNE SCOTT, individually and in her capacity as a police officer; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada' DOE OFFICERS I-XX; ROE EMERGENCY MEDICAL TECHNICIANS I-XX; RBR MANAGEMENT, LLC, a Nevada Limited Liability Company dba COMMUNITY AMBULANCE; POE SECURITY OFFICERS I-XX; CIRCUS CIRCUS LV, LLC, a Nevada Limited Liability Company, dba CIRCUS CIRCUS HOTEL & CASINO, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-01701-GMN-NJK<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, Las Vegas Metropolitan Police Department, Ashley Nicole Goehring and Stephanie Ann Scott ("LMVPD Defendants"), by and through their attorney of record, Robert W. Freeman, Esq., of Lewis Brisbois Bisgaard & Smith LLP, Plaintiff Verloncia Chabeaun Carr, by and through her counsel of record,

178563410.1

Carl E.G. Arnold, of Cega Law Group, Defendants Circus Circus LV, LLC by and through their attorney of record, Lawrence J. Semenza, III of Semenza Rickard Law and Defendant RBR Management, LLC d/b/a Community Ambulance by and through their attorney of record Courtney Christopher of Hutchison & Steffen, PLLC, that:

The deadline for the parties to file dispositive motions, be extended thirty (30) days, from the current deadline of June 29, 2026, to July 29, 2026.

**Reason for the Extension:**

Counsel for LVMPD Defendants is in the process of addressing a recent familial issue, and their presence will be required out-of-state during the current dispositive motion deadline. Additionally, the requested extension will allow the Court additional time to adjudicate Plaintiff's pending Motion for Leave to Amend the Second Amended Complaint, which if granted would necessitate such an extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

178563410.1                    2

This is the parties' first request to extend this deadline, which is made in good faith and not for purposes of delay. Plaintiff Counsel has graciously agreed to the instant extension of time.

IT IS SO STIPULATED.

DATED the 23rd day of June, 2026.

CEGA LAW GROUP

/s/ Carl E. G. Arnold
CARL E.G. ARNOLD
Nevada Bar No. 8358
1771 E. Flamingo Avenue, 211B
Las Vegas, Nevada 89119
Attorney for Plaintiff Verloncia Carr

DATED the 23rd day of June 2026.

SEMENZA RICKARD LAW

/s/ Katie L. Cannata
LAWRENCE J. SEMENZA III
Nevada Bar No. 7174
KATIE L. CANNATA
Nevada Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorneys for Defendants Circus Circus LV, LLC

DATED the 23rd day of June, 2026.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ E. Matthew Freeman
ROBERT W. FREEMAN
Nevada Bar No.: 3062
E. MATTHEW FREEMAN
Nevada Bar No.: 14198
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
Attorneys for Metro Defendants

DATED the 23rd day of June, 2026.

HUTCHISON & STEFFEN, PLLC

/s/ Jessica R. Gandy
COURTNEY CHRISTOPHER
Nevada Bar No.: 12717
TANIA J. DAWOOD
Nevada Bar No. 15899
JESSICA R. GANDY
Nevada Bar No. 14202
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendant RBR Management, LLC dba Community Ambulance

**ORDER**

**IT IS SO ORDERED.**

**DATED** this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW