**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VERLONICA CHABEAUN CARR,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY NICOLE GOEHRING, individually and in her official capacity as a police officer; STEPHANIE ANNE SCOTT, individually and in her capacity as a police officer; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOE OFFICERS I-XX; ROE EMERGENCY MEDICAL TECHNICIANS IXX; KYLE BADLEY, individually and in his capacity as an Emergency Medical Services provider; RACHELLE ANGEL, individually and in her capacity as an Emergency Medical Services provider; RBR MANAGEMENT, LLC, a Nevada Limited Liability Company dba COMMUNITY AMBULANCE; POE SECURITY OFFICERS I-XX; CIRCUS CIRCUS LV, LLC, a Nevada Limited Liability | Case No.: 2:25-cv-01701-GMN-NJK<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEYS** |

| |
|---|
| Company, dba CIRCUS CIRCUS HOTEL & CASINO, inclusive,<br><br>Defendants. |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Las Vegas Metropolitan Police Department, Ashely Nicole Goehring, and Stephanie Anne Scott ("LVMPD Defendants") in the above-entitled action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 6th day of August, 2026.

KAEMPFER CROWELL

By: *<u>/s/ Lyssa Anderson</u>*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

***Attorneys for Defendants***
***Las Vegas Metropolitan Police Department,***
***Ashley Nicole Goehring and Stephanie Anne Scott***

DATED this 6th day of August, 2026.

We hereby consent to the substitution.

LVMPD Defendants

By: *<u>/s/ Matthew Christian</u>*
Name: Matthew Christian
Assistant General Counsel for Las Vegas Metropolitan Police Department

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 6th day of August, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Robert W. Freeman*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.
Dated: August 7, 2026
.
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge