**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Verloncia Chabeaun Carr,

Plaintiff(s),

v.

Las Vegas Metropolitan Police Department, et al.,

Defendant(s).

Case No. 2:25-cv-01701-GMN-NJK

**ORDER**

Having now engaged in *ex parte* communications with the parties at the settlement conference, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

IT IS SO ORDERED.

Dated: October 19, 2026

Nancy J. Koppe
United States Magistrate Judge